**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1434

JOSEPH N. CALLAWAY, Trustee,

        Plaintiff – Appellee,

  v.

KIDDCO, INCORPORATED,

        Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (5:07-cv-00262-F; 04—03490-5-JRL; 06-00028-5-AP)

Submitted: January 13, 2011        Decided: February 1, 2011

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nelson G. Harris, HARRIS & HILTON, P.A., Raleigh, North Carolina, for Appellant. A. Scott McKellar, BATTLE, WINSLOW, SCOTT & WILEY, P.A., Rocky Mount, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiddco, Inc., appeals from the district court's order upholding the bankruptcy court's determination that the payment of $55,625.27 from the debtor in bankruptcy to Kiddco amounted to an avoidable preference under 11 U.S.C.A. § 547 (West 2004 & Supp. 2010). Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the lower courts. <u>Callaway v. Kiddco, Inc.</u>, Nos. 5:07-cv-00262-F; 04-03490-5-JRL; 06-00028-5-AP (E.D.N.C. Mar. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2